In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-08-237 CR


____________________



MICHAEL PAUL BRYAN, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 410th District Court


Montgomery County, Texas


Trial Cause No. 07-08-08488-CR






MEMORANDUM OPINION


 Michael Paul Bryan filed a motion to dismiss his appeal. See Tex. R. App. P. 42.2. 
A request to dismiss the appeal is signed by appellant personally and joined by counsel of
record. No opinion has issued in this appeal. The motion is granted, and the appeal is
therefore dismissed.

 APPEAL DISMISSED.


 ____________________________

 STEVE McKEITHEN

 Chief Justice

Opinion Delivered November 12, 2008

Do Not Publish

Before McKeithen, C.J., Gaultney and Horton, JJ.